UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON

VERSUS

EDWARD RUSS

CIVIL ACTION

19-856-SDD-SDJ

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Complaint*[1] filed by the Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson, dated July 22, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's federal claims are hereby DISMISSED, WITH PREJUDICE, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that Johnson's pending *Motion for Appointment of Counsel*[4] is hereby DENIED and the Court declines to exercise supplemental jurisdiction over any state law claims; therefore this case is hereby CLOSED.

Signed in Baton Rouge, Louisiana on July 30, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 17.
[3] Rec. Doc. 18.
[4] Rec. Doc. 6.