## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON (#375946)

VERSUS

CHAD HARDY, ET AL.

CIVIL ACTION

19-856-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Scott D. Johnson, dated October 21, 2022 to which an Objection[2] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the exercise of supplemental jurisdiction over potential state law claims is declined and the claims of Andre Johnson in the Amended Complaint are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana the  28th  day of November, 2022.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 36.
[2] Rec. Doc. 37.